**WHOLE COURT**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**June 26, 2013**

# In the Court of Appeals of Georgia

A11A0933. DUNBAR v. ERTTER et al.

ANDREWS, Presiding Judge.

In *Dunbar v. Ertter*, 312 Ga. App. 440 (718 SE2d 350) (2011), we reversed the judgment of the Superior Court of Cobb County awarding permanent custody of A. L., a minor child, to Shannon and Michael Ertter. In *Ertter v. Dunbar*, 292 Ga. 103 (734 SE2d 403) (2012), the Supreme Court reversed the judgment of this Court. Accordingly, this Court's judgment is vacated; the judgment of the Supreme Court is made the judgment of this Court; and the judgment of the Cobb County Superior Court awarding permanent custody of A. L., a minor child, to Shannon and Michael Ertter is affirmed.

*Judgment affirmed. Barnes, P. J., Phipps, P. J., Dillard, McFadden, Boggs, and Branch, JJ., concur.*